■ In the Matter of KIMBERLY D. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TODD D., Appellant. [771 NYS2d 421]—Appeal from an order of the Family Court, Erie County (Janice M. Rosa, J.), entered August 15,

2002. The order adjudged Kimberly D. and Todd D. to be permanently neglected children and ordered that custody be transferred from respondent to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Scudder, JJ.